(January 17, 1955.)

In the Matter of the Application of JAMES ALFRED HARVEY, JR., for Admission to Practice as an Attorney. (From the State of Georgia.) — Application denied upon the ground that the applicant has failed to furnish satisfactory proof of compliance with subdivision 1 of rule II of the Rules of the Court of Appeals for the Admission of Attorneys and Counsellors-at-Law. (*Matter of Lerch*, 280 N. Y. 74.) Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.